

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-18-00002-CR |
| State, | § | Appeal from the |
| v. | § | 171st District Court |
| ABRAHAM CONTRERAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20160D06093) |
| | § | |

## O R D E R

The Court GRANTS the State's third motion for extension of time within which to file the brief until **October 25, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before October 25, 2018.

IT IS SO ORDERED this 11th day of September, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.